UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Royce Bevel, | Civ. Action #: 23-CV-05677 (CS)(JCM) |
| --- | --- |
| Plaintiff, | |
| -v- | JUDGMENT |
| Ace Natural, Inc., | |
| Defendant. | |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on November 20, 2023; and Defendant Ace Natural, Inc., having offered to allow entry of judgment to be taken against it and in favor of Plaintiff Royce Bevel in the amount of $13,500.00, inclusive of all penalties, interest, costs and attorney fees; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Royce Bevel and against Defendant Ace Natural, Inc., in the amount of $13,500.00, inclusive of all penalties, interest, costs and attorney fees.

**Dated: November 21, 2023**
**New York, New York**

_Cathy Seibel_
_____
*Hon. Cathy Seibel*
*United States District Judge*